# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANNA COLEMAN** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-47 |
| | : | |
| **COMMUNITY BEHAVIORAL HEALTH** | : | |
| and | : | |
| **KIMBERLY DOYLE** | : | |
| and | : | |
| **ANDREW DEVOS** | : | |

# ORDER

This 6th day of January, 2022, for the reasons in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 18, is **GRANTED in part** and **DENIED in part,** as follows:

1. Summary Judgment is **GRANTED** as to Plaintiff's race discrimination claims;

2. Summary Judgment is **GRANTED** as to all claims against the individual Defendant Andrew Devos;

3. Summary Judgment is **DENIED** as to Plaintiff's retaliation claims against Defendants CBH and Kimberly Doyle.

                                                                                   /s/ Gerald Austin McHugh
                                                                               United States District Judge